No. 918. PATRICK McGOVERN ET AL., ETC. *v.* CITY OF BOSTON. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. John F. Cronan* for petitioners. *Mr. E. Mark Sullivan* and *Mr. Samuel Silverman* for respondent.

No. 923. NEW CREEK COMPANY *v.* EPHRAIM LEDERER, COLLECTOR OF INTERNAL REVENUE, ETC. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. James Wilson Bayard* for petitioner. *Mr. Solicitor General Beck, Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, and *Mr. Sewall Key* for respondent.

No. 935. KAWASAKI ZOSENSHO, OWNER, ETC. *v.* COSULICH SOCIETA TRIESTINA DI NAVIGAZIONE OF TRIESTE, ITALY, OWNER, ETC. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George Whitefield Betts, Jr., Mr. George C. Sprague* and *Mr. H. C. Hughes* for petitioner. No appearance for respondent.

No. 936. HETTRICK MANUFACTURING COMPANY *v.* JAMES A. SHEPHERD & COMPANY, LTD. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George Roscoe Davis* for petitioner. *Mr. Charles H. Brady* for respondent.

No. 937. FACER FORGED STEEL CAR WHEEL AND LOCOMOTIVE WHEEL COMPANY *v.* CARNEGIE STEEL COMPANY. April 28, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles E. Townsend, Mr. Joseph R. Edson* and *Mr. Thomas G. Steward* for petitioner. *Mr. D. Anthony Usina* for respondent.